## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 21-00006-TFM-N** |
| | ) | |
| **RONALD CEDRICK HOWARD, JR.** | ) | |

## FINAL ORDER OF FORFEITURE

This cause now comes before the Court upon the United States' motion for a Final Order of Forfeiture for the following property:

**Nine (9) rounds of .38 Special ammunition, five R-P .380 caliber Auto cartridges;**

**Five (5) Winchester .380 caliber Special cartridges;**

**One Beretta, Model 84F, .380 caliber pistol, serial number E35351Y; and**

**One Charter Arms, Model Police Undercover, .38 caliber revolver, serial number 41576**

The Court hereby finds that the motion is due to be **granted**, for the reasons set forth herein and as set out below:

On August 21, 2021, the United States filed an amended motion for preliminary order of forfeiture. (Doc. 71, PageID.282-285) In that motion, the United States established the defendant's interest in the property and the nexus between the property and the defendant's conviction for Count One of the Superseding Indictment. On August 24, 2021, pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853(a)(1), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(b)(2), the Court entered an amended preliminary order of forfeiture for the firearms and ammunition. (Doc. 72, PageID.289-291)

In accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P.

32.2(b)(6), the United States published notice of the forfeiture, and of its intent to dispose of the firearms and ammunition, on the official government website, www.forfeiture.gov, beginning on December 7, 2021 and ending on January 5, 2022.  (Doc. 83). The publication gave notice to all third parties with a legal interest in the property to file with the Clerk of the Court, 155 St. Joseph Street, Mobile, AL 36602, and a copy served upon Assistant United States Attorney Sinan Kalayoglu, 63 South Royal Street, Suite 600, Mobile, AL 36602, a petition to adjudicate their interest within 60 days of the first date of publication.  (*Id*.). No third party filed a petition or claimed an interest in the property, and the time for filing any such petition has expired.

Further, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), forfeiture of the firearms and ammunition became final as to the defendant, Ronald Cedrick Howard, at the time of sentencing and was made a part of the sentence and included in the judgment.  (Doc. 73, PageID.297)  Thus, the United States has met all statutory requirements for the forfeiture of the firearms and ammunition, and it is appropriate for the Court to enter a final order of forfeiture.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is hereby **ORDERED, ADJUDGED and DECREED** that for good cause shown, the United States' motion is **GRANTED**.  Under 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(c)(2), all right, title, and interest in the firearms and ammunition are **CONDEMNED, FORFEITED and VESTED** in the United States for disposition according to law; and

**IT IS FURTHER ORDERED** that the Department of Alcohol, Tobacco, Firearms and Explosives or other duly authorized federal agency take the firearms and ammunition into its secure custody and control for disposition according to law; and,

**IT IS FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7), the United States of America has clear title to the firearms and ammunition and may warrant good title to any subsequent purchaser or transferee; and

**IT IS FURTHER ORDERED** that the Department of Alcohol, Tobacco, Firearms and Explosives or other duly authorized federal agency is hereby authorized to dispose of the firearms and ammunition in accordance with the law; and

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DONE AND ORDERED** this 15th day of June 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE